IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELAINE JAMES, M.D.,              )
                                 )
              Plaintiff,         )        8:09CV112
                                 )
         v.                      )
                                 )
THE STATE OF NEBRASKA;           )        ORDER
NEBRASKA BOARD OF MEDICINE &     )
SURGERY; JOANN SCHAEFER, M.D.,   )
in her personal and official     )
capacity; HELEN MEEKS, in her    )
personal and official            )
capacity; DAVID DRYBURGH,        )
CARL V. SMITH, M.D.; VONN E.     )
ROBERTS, M.D.; LARRY E.          )
BRAGG, M.D.; MICHAEL SITORIUS,   )
M.D.; ARTHUR WEAVER, D.O.;       )
MERLE HENKENIUS; KAREN           )
HIGGINS, M.D., in their          )
personal capacities and their    )
official capacities as members   )
of the Nebraska Board of         )
Medicine and Surgery;            )
NEBRASKA DEPARTMENT OF           )
HEALTH AND HUMAN SERVICES,       )
DIVISION OF PUBLIC HEALTH,       )
an agency in the State of        )
Nebraska,                        )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on defendants' motion for enlargement of time to file a reply brief in support of the pending motion to dismiss (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendants shall have until June 29, 2009, to file a reply brief in support of the pending motion to dismiss.

DATED this 17th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court