IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELAINE JAMES, M.D.,                    )
                                       )      8:09CV177
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
THE STATE OF NEBRASKA,                 )      ORDER
NEBRASKA BOARD OF MEDICINE &           )
SURGERY; JOANN SCHAEFER, M.D.,         )
in her personal and official           )
capacity, HELEN L. MEEKS, in her       )
personal and official capacity,        )
DAVID DRYBURGH, CARL V. SMITH,         )
M.D., VONN E. ROBERTS, M.D., LARRY     )
E. BRAGG, M.D., MICHAEL                )
SITORIUS, M.D., ARTHUR WEAVER,         )
D.O., MERLE HENKENIUS, KAREN           )
HIGGINS, M.D., in their                )
personal capacities and their          )
official capacities as members         )
of the Nebraska Board of               )
Medicine and Surgery; NEBRASKA         )
DEPARTMENT OF HEALTH AND HUMAN         )
SERVICES, DIVISION OF PUBLIC           )
HEALTH, an agency in the State         )
of Nebraska,                           )
                                       )
          Defendants.                  )
_____)
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 41).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, July 21, 2009, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order

for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 10th day of July, 2009.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
   United States District Court