IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELAINE JAMES, M.D.,                    )
                                       )
              Plaintiff,               )
                                       )
         v.                            )
                                       )          8:09CV112
THE STATE OF NEBRASKA;                 )
NEBRASKA BOARD OF MEDICINE &           )
SURGERY; JOANN SCHAEFER,               )
M.D., in her personal and             )          ORDER
official capacity; HELEN L.            )
MEEKS, in her personal and             )
official capacity; DAVID               )
DRYBURGH, in their personal            )
capacities and their official          )
capacities as members of the           )
Nebraska Board of Medicine             )
and Surgery; CARL V. SMITH,            )
M.D.; VONN E. ROBERTS, M.D.;           )
LARRY E. BRAGG, M.D.; MICHAEL          )
SITORIUS, M.D.; ARTHUR                 )
WEAVER, D.O.; MERLE                    )
HENKENIUS; KAREN HIGGINS,              )
M.D., in their personal                )
capacities and their official          )
capacities as members of the           )
Nebraska Board of Medicine             )
and Surgery; NEBRASKA                  )
DEPARTMENT OF HEALTH AND               )
HUMAN SERVICES, DIVISION OF            )
PUBLIC HEALTH, an agency in            )
the State of Nebraska,                 )
                                       )
              Defendants.              )
                                       )

        This matter is before the Court on plaintiff Elaine

James' Motion to Extend Time to File Resistance to Defendants'

Motion for Summary Judgment (Filing No. 95).  Defendants do not

object to an extension.  The Court finds the motion should be

granted.

IT IS ORDERED that the motion is granted and plaintiff shall submit her brief in opposition to defendants' motion for summary judgment by June 14, 2011.

DATED this 26th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court