IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE JAMES, M.D.,<br><br>        Plaintiff,<br><br>    v.<br><br>THE STATE OF NEBRASKA;<br>NEBRASKA BOARD OF MEDICINE &<br>SURGERY; JOANN SCHAEFER,<br>M.D., in her personal and<br>official capacity; HELEN L.<br>MEEKS, in her personal and<br>official capacity; DAVID<br>DRYBURGH, in their personal<br>capacities and their official<br>capacities as members of the<br>Nebraska Board of Medicine<br>and Surgery; CARL V. SMITH,<br>M.D.; VONN E. ROBERTS, M.D.;<br>LARRY E. BRAGG, M.D.; MICHAEL<br>SITORIUS, M.D.; ARTHUR<br>WEAVER, D.O.; MERLE<br>HENKENIUS; KAREN HIGGINS,<br>M.D., in their personal<br>capacities and their official<br>capacities as members of the<br>Nebraska Board of Medicine<br>and Surgery; NEBRASKA<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, DIVISION OF<br>PUBLIC HEALTH, an agency in<br>the State of Nebraska,<br><br>        Defendants. | 8:09CV112<br><br>ORDER |

       This matter is before the Court on plaintiff Elaine James' Motion for Extension of Time to File Reply to Defendants' Resistance to Plaintiff's Motion for Summary Judgment (Filing No. 99). Plaintiff has advised that defendants do not object to an extension.

       IT IS ORDERED:

Plaintiff's Motion for Extension of Time to File Reply to Defendants' Resistance to Plaintiff's Motion for Summary Judgment (Filing No. 99) is granted and plaintiff shall have until Friday, June 17, 2011 to file her reply brief.

DATED this 14th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court