IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE JAMES, M.D.,<br><br>            Plaintiff,<br><br>      v.<br><br>THE STATE OF NEBRASKA;<br>NEBRASKA BOARD OF MEDICINE &<br>SURGERY; JOANN SCHAEFER,<br>M.D., in her personal and<br>official capacity; HELEN L.<br>MEEKS, in her personal and<br>official capacity; DAVID<br>DRYBURGH, in their personal<br>capacities and their official<br>capacities as members of the<br>Nebraska Board of Medicine<br>and Surgery; CARL V. SMITH,<br>M.D.; VONN E. ROBERTS, M.D.;<br>LARRY E. BRAGG, M.D.; MICHAEL<br>SITORIUS, M.D.; ARTHUR<br>WEAVER, D.O.; MERLE<br>HENKENIUS; KAREN HIGGINS,<br>M.D., in their personal<br>capacities and their official<br>capacities as members of the<br>Nebraska Board of Medicine<br>and Surgery; NEBRASKA<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, DIVISION OF<br>PUBLIC HEALTH, an agency in<br>the State of Nebraska,<br><br>            Defendants. | 8:09CV112<br><br>ORDER |

     This matter is before the Court on defendants' Motion for Extension of Time (Filing No. 105).  Plaintiff does not object to an extension.  The Court finds the motion should be granted.

IT IS ORDERED that the motion is granted and defendants shall submit their reply brief in support of their motion for summary judgment by June 28, 2011.

DATED this 22th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court