IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE JAMES, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; | ) | ORDER |
| NEBRASKA BOARD OF MEDICINE & | ) | |
| SURGERY; JOANN SCHAEFER, M.D., | ) | |
| in her personal and official | ) | |
| capacity; HELEN MEEKS, in her | ) | |
| personal and official | ) | |
| capacity; DAVID DRYBURGH, | ) | |
| CARL V. SMITH, M.D.; VONN E. | ) | |
| ROBERTS, M.D.; LARRY E. | ) | |
| BRAGG, M.D.; MICHAEL SITORIUS, | ) | |
| M.D.; ARTHUR WEAVER, D.O.; | ) | |
| MERLE HENKENIUS; KAREN | ) | |
| HIGGINS, M.D., in their | ) | |
| personal capacities and their | ) | |
| official capacities as members | ) | |
| of the Nebraska Board of | ) | |
| Medicine and Surgery; | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| DIVISION OF PUBLIC HEALTH, | ) | |
| an agency in the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendants' motion for extension of time (Filing No. 113). The Court notes plaintiff has no objection to the extension. Accordingly,

```
     IT IS ORDERED that the motion is granted; defendants
shall have until November 3, 2011, to file a reply brief in
support of their motion to alter or amend judgment.
     DATED this 27th day of October, 2011.
                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court
```