IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE JAMES, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; | ) | ORDER |
| NEBRASKA BOARD OF MEDICINE & | ) | |
| SURGERY; NEBRASKA DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| DIVISION OF PUBLIC HEALTH, | ) | |
| an agency in the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file disclosure of expert rebuttal witness (Filing No. 140).  The Court notes defendant has no objection.  Accordingly,

IT IS ORDERED that plaintiff has until April 13, 2012, to file a disclosure of expert rebuttal witness.

DATED this 2nd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court