IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE JAMES, M.D., ) | |
| ) | Case No. 8:09CV112 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| STATE OF NEBRASKA, The, ) | |
| NEBRASKA BOARD OF MEDICINE ) | |
| AND SURGERY, and NEBRASKA ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, DIVISION ) | |
| OF PUBLIC HEALTH, an agency ) | |
| in the State of Nebraska, ) | |
| ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff's Exhibit Nos.  1-12, 18-22, 24-46, 49 -50, 54 - Jury Trial - June 12-20, 2012

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 27th day of June, 2012.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07