IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE JAMES, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; | ) | ORDER |
| NEBRASKA BOARD OF MEDICINE & SURGERY; NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC HEALTH, an agency in the State of Nebraska, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for extension of time (Filing No. 201). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until July 31, 2012, to file a response to plaintiff's application for attorney fees and expenses.

DATED this 17th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court