IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE JAMES, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; | ) | ORDER |
| NEBRASKA BOARD OF MEDICINE & | ) | |
| SURGERY; NEBRASKA DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| DIVISION OF PUBLIC HEALTH, | ) | |
| an agency in the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the application of plaintiff Elaine James, M.D. ("Dr. James") for attorney fees and expenses (Filing No. 198, with brief and index of evidence, Filing Nos. 200 and 199).

Federal Rule of Civil Procedure 54 states that a motion for attorney's fees must "disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made." Fed. R. Civ. P. 54(d)(2)(B)(iv). The Court finds that any fee agreement between Dr. James and her counsel is relevant to the application before the Court. Accordingly,

IT IS ORDERED that on or before Friday, August 31, 2012, Dr. James will disclose the terms of any agreement about fees for the services for which her application is made.  If no agreement exists, Dr. James will so state.

DATED this 17th_day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court