IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE JAMES, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; | ) | ORDER AND JUDGMENT |
| NEBRASKA BOARD OF MEDICINE & | ) | |
| SURGERY; NEBRASKA DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| DIVISION OF PUBLIC HEALTH, | ) | |
| an agency in the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that plaintiff's application for attorney fees and expenses (Filing No. 198) is granted in part:

1) Attorney fees are awarded in the amount of $85,250.00, which includes $5,250.00 to Jenna Taylor; and

2) Costs are awarded in the amount of $23,235.30.

DATED this 18th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court